[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
12/18/98
THOMAS K. KAHN
CLERK

_____

No. 96-7148

_____

D. C. Docket No. CV-95-B-1612-S

EXPRESS OIL CHANGE, INC.,

Plaintiff-Appellee,

versus

UNITED STATES OF AMERICA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(December 18, 1998)**

Before COX, CARNES and HULL, Circuit Judges.

PER CURIAM:

This case is affirmed for the reasons stated in the district court's thorough and well-reasoned order dated September 30, 1996, and cited as --- F. Supp. 2d --- (N.D. Ala. 1996).

AFFIRMED.